

ARTHUR W. CURLEY
ANN M. ASIANO
STEVEN D. BARRABEE
ADAM S. ABEL
MICHAEL KOWALSKI, D.D.S.
KEVIN M. SMITH
ROBERT W. MARCHI
MICHAEL A. KING
MELISSA R. MEYERS
MARK R. GIBSON
CAROLYN A. GYERMEK*
JORDAN M. GREEN
LISA H. FERAMISCO**
PETER F. FINN

*Of Counsel*

FREDERICK W. BRADLEY
JOHN A. CLEAVELAND
BERNADETTE M. BANTLY
PATRICIA H. PERRY
MICHAEL P. PAGNOZZI***

\* ALSO ADMITTED IN COLORADO
\*\* ALSO ADMITTED IN TEXAS & ARKANSAS
\*\*\* ALSO ADMITTED IN NEW YORK

WWW.PROFESSIONALS-LAW.COM

1100 LARKSPUR LANDING CIRCLE
SUITE 200
LARKSPUR, CA 94939

TELEPHONE (415) 464-8888
FACSIMILE (415) 464-8887

REPLY TO:
▶ LARKSPUR

SAN FRANCISCO
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

SACRAMENTO
980 Ninth Street
Sixteenth Floor
Sacramento, CA 95814

LOS ANGELES
6080 Center Drive
Sixth Floor
Los Angeles, CA 90045

June 3, 2011

Hon. Joseph C. Spero
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor, #1111
San Francisco, CA 94102

    **Re:**    Brown v. City of Albany
              Case No. C11 01014 JCS
              Our Insured:    City of Albany
               Our File No.:    GH-8400

Dear Judge Spero:

    Initial Case Management Conference in the above-referenced matter is set for June 10, 2011. I, Jordan M. Green, Counsel for Defendants City of Albany, Albany Police Department, Sergeant Dolter, Officer Maiden and Officer Beck will appear telephonically. My direct land line contact phone number is (415) 464-8888 ext 233.

    Should you have questions, please feel free to contact me directly.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: June 7, 2011

Very truly yours,

Jordan M. Green

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

JMG/ko
F:\DOCS\GH\8400\L\Hon. Spero - 6.3.11.wpd