MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BROWN, Individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF ALBANY and the ALBANY POLICE DEPARTMENT, public entities, POLICE OFFICER DONALD MAIDEN, POLICE SERGEANT THOMAS DOLTER, POLICE OFFICER CHRISTOPHER BECK, and DOES 1-10, individually,<br><br>　　　　Defendants. | Case No. C11-01014 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE TO ALL PARTIES**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

It is hereby stipulated by and between the parties to this action through their designated counsel and in accordance with the terms of the parties' confidential settlement agreement and release that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side is to bear its own costs.

DATED: August 9, 2011                    HADDAD & SHERWIN


                                         By: /s/ Gina Altomare
                                             GINA ALTOMARE
                                             Attorneys for Plaintiff
                                             VANESSA BROWN


DATED: August 9, 2011                    BRADLEY, CURLEY, ASIANO, BARRABEE,
                                         ABEL & KOWALSKI, P.C.

                                         By: _____
                                             JORDAN M. GREEN
                                             Attorneys for Defendants
                                             POLICE SERGEANT THOMAS DOLTER,
                                             POLICE OFFICER DONALD MAIDEN, POLICE
                                             OFFICER CHRISTOPHER BECK, ALBANY
                                             POLICE DEPARTMENT, and the CITY OF
                                             ALBANY

Dated: August 12, 2011

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]